UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                    PROCEEDING UNDER CHAPTER 13
                                                          CASE NO.: 19-22760-RAM
Lazaro Valle Monlina

_____ Debtor _____ /

## OBJECTION TO CLAIM

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION
TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Basis for Objection and Recommended Disposition |
|---|---|---|
| 6 | American Honda Finance Corporation | This claim does not belong to debtor; therefore, this claim should be Stricken and Disallowed and not entitled to further distribution from the Chapter 13 Trustee. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least fourteen (14) calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: 11/21/2019

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq.**
*Attorney for Debtor*
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

          /s/ (FILED ECF)                    (The Debtor's Attorney)
[  ] Patrick L. Cordero, Esq., FL Bar No. 801992
[ x ] Miriam V. Marenco, Esq., FL Bar No. 86115
[  ] Michael Bohorquez, Esq. FL Bar No. 1015522