UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                        PROCEEDING UNDER CHAPTER 13
                                              CASE NO.: 19-22760-RAM
**Lazaro Valle Monlina**

_____**Debtor**_____/

**NOTICE OF CONTINUED HEARING**

YOU ARE HEREBY NOTIFIED that the Objection to Claim of Freedom Road Financial Claim #9 [Docket Entry 25] is continued to **January 14 2020 at 9:00 A.M. in C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL 33128.**

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq.**
*Attorney for Debtor*
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

_____/s/ (FILED ECF)_____(The Debtor's Attorney)
[  ] Patrick L. Cordero, Esq., FL Bar No. 801992
[ x] Miriam V. Marenco, Esq., FL Bar No. 86115
[  ] Michael Bohorquez, Esq. FL Bar No. 1015522