

ORDERED in the Southern District of Florida on March 10, 2020.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO.: 19-22760-RAM |
| Lazaro Valle Molina | CHAPTER 13 |
| _____Debtor(s) / | |

### ORDER SUSTAINING OBJECTION TO CLAIM #9 FILED BY FREEDOM ROAD FINANCIAL

THIS CASE came on to be heard on February 11, 2020 on the Debtor's Objection to Claim #9 filed by Freedom Road Financial (DE#25), and based upon the record, it is:

**ORDERED** as follows:

1. The Debtor's Objection to Claim #9 is sustained.

2. That Claim #9 is allowed and reclassified as unsecured claim in the amount of $32,957.60.

(###)

Submitted By:
**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855
          /s/  (FILED CM/ECF)
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992
Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.